**Fred MOORE, Appellant,**

v.

**USA 800, in its official capacity; Tom Davis, in his official and individual capacity; Dan Lake, in his official and individual capacity; Tracy Hatfield, in her official and individual capacity, Appellees.**

**No. 12–1037.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 3, 2012.

Filed: July 11, 2012.

---

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

548

Fred Moore, St. Joseph, MO, pro se.

Robert J. Tomaso, Robert Anthony Costello, Husch & Blackwell, Kansas City, MO, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Fred Moore filed a notice of appeal designating various interlocutory district court[1] orders in his pending employment discrimination action. However, the notice of appeal is untimely as to most of the orders, Moore is not appealing from a final order as required for jurisdiction under 28 U.S.C. § 1291, and we can find no basis upon which to entertain an interlocutory appeal. *See Kassuelke v. Alliant Techsys., Inc.*, 223 F.3d 929, 930–31 (8th Cir.2000). Accordingly, we dismiss this appeal for lack of jurisdiction.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.